UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RICARDO J. CALDERON-LOPEZ,

    Plaintiff,

v.

MARKETNEXT, INC., et al.,

    Defendants.

Civil No. 09-1052 (JAF)

## ORDER OF DISMISSAL

Pro-se Plaintiff Ricardo J. Calderón-López has sued two tiers of the Commonwealth of Puerto Rico's judicial branch, as well as the Puerto Rico Bar Association and the Puerto Rico Accountancy Board, under 42 U.S.C. § 1981.

The claim against the San Juan Superior Court and the Puerto Rico Court of Appeals involves official judicial actions entered by different judges, related to the involuntary civil commitment of Plaintiff to a private psychiatric hospital under procedures regulated by state law.

The claim against the two professional associations are based on the associations' alleged negligence in not taking disciplinary action against individuals, members of said organizations, who were allegedly involved as moving parties before the Superior Court and the Court of Appeals of Puerto Rico.

The complaint, seen under the liberal standard of pro-se pleadings, fails to state an actionable cause of action against the two professional associations, and is foreclosed by jurisdictional, Eleventh Amendment, and judicial immunity considerations.

Civil No. 09-1052 (JAF)                                                      -2-

Based on the above, the pro-se complaint is dismissed. Judgment shall enter.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 13th day of March, 2009.

                 S/José Antonio Fusté
                 JOSE ANTONIO FUSTE
               Chief U. S. District Judge